Argued and submitted October 7, affirmed as modified December 14, 1988

SCOTT,
*Appellant,*
*and*

SCOTT,
*Respondent.*

(87C-31557; CA A48104)

764 P2d 1382

Myron L. Enfield, Salem, argued the cause for appellant. With him on the brief was Enfield, Guimond & Brown, Salem.

Howard W. Collins, Salem, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Husband appeals from a dissolution judgment, contending that $350 per month child support for each child and $500 per month spousal support are excessive and that he should not be required to maintain a $100,000 life insurance policy naming wife and children as beneficiaries. The parents share custody of the two children equally. On *de novo* review, we modify the child support and affirm in all other respects.

On *de novo* review, we agree that the award of $350 per month per child is excessive. Therefore, we modify the judgment to provide $275 per month per child. *Belt and Belt,* 65 Or App 606, 672 P2d 1205 (1983).

We have considered husband's other assignments and find no error.

Judgment modified to provide child support of $275 per month per child; otherwise affirmed. Costs to husband.